No. 652. RING v. SPINA ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Arthur Garfield Hays* and *Osmond K. Fraenkel* for respondents.

No. 655. CALDERON ET AL. v. TOBIN, SECRETARY OF LABOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *F. Trowbridge vom Baur* and *Ralph E. Becker* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Morton Hollander* for respondents.

No. 656. ANDERSON v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *H. Maurice Fridlund, Robert E. Kline, Jr.* and *Earl Q. Kullman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Robert N. Anderson* and *Louise Foster* for respondent.

No. 658. MITCHELL v. MITCHELL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Dean Hill Stanley* for petitioner. *William F. Kelly* and *P. J. J. Nicolaides* for respondent.

No. 664. MONEY v. WALLIN ET AL. C. A. 3d Cir. Certiorari denied. *Thomas D. McBride* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for respondents.

No. 672. JOSEPH v. OHIO. Supreme Court of Ohio. Certiorari denied. *Paul M. Herbert* for petitioner. *Ralph J. Bartlett* for respondent.